IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Halmon, Tracy M

Printed: 02/24/09

Case Number: 04 B 39493
Judge: Wedoff, Eugene R
Filed: 10/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 17, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,604.80 |  |
| Secured: |  | 13,379.42 |
| Unsecured: |  | 3,243.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,079.05 |
| Other Funds: |  | 8.64 |
| Totals: | 20,604.80 | 20,604.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | WM Specialty Mortgage, LLC | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 13,290.27 | 13,290.27 |
| 5. | WM Specialty Mortgage, LLC | Secured | 3,326.60 | 89.15 |
| 6. | JP Morgan Chase Bank | Secured | 628.59 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 381.09 | 198.01 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 748.80 | 404.91 |
| 9. | United States Dept Of Education | Unsecured | 2,454.66 | 1,327.34 |
| 10. | Marquette Consumer Finance | Unsecured | 1,279.67 | 691.99 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,149.19 | 621.44 |
| 12. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 13. | Well Group Health Partners | Unsecured |  | No Claim Filed |
| 14. | Chicago Tribune | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,152.87 | $ 19,517.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Halmon, Tracy M

Printed: 02/24/09

Case Number:  04 B 39493
Judge:  Wedoff, Eugene R
Filed:  10/22/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 155.16 |
| 4% | 52.07 |
| 3% | 45.57 |
| 5.5% | 226.76 |
| 5% | 75.95 |
| 4.8% | 135.40 |
| 5.4% | 388.14 |
|  | $ 1,079.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

